UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | Case no.: | 18-15019-CMG |
| Mildred Fung<br>Glenford Fung | Chapter: | 7 |
| | Judge: | Gravelle |
| Debtor(s) | | |

**CERTIFICATION OF NO OBJECTION**

I \_\_\_\_\_Alyson M. Guida\_\_\_\_\_, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
39 Scarborough Way, Southampton, NJ & Biennial Timeshare

JEANNE A. NAUGHTON, Clerk

Date: 05/31/2018            By: Alyson M. Guida

*rev.2/10/17*