**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mildred Fung<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4676<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Glenford Fung<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3420<br>EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    18–15019–CMG

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mildred Fung                                                  Glenford Fung

6/22/18                                                       **By the court:**    Christine M. Gravelle
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Mildred Fung
Glenford Fung
    Debtors

Case No. 18-15019-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jun 22, 2018
                         Form ID: 318     Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
```
db/jdb          Mildred Fung,    Glenford Fung,    39 Scarborough Way,    Vincetown, NJ  08088-1121
cr             +Nissan Motor Acceptance Corporation,    c/o Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Rd.,
                 Roseville, MN 55113-1100
517387926       Accessone,   PO Box 38026,    Baltimore, MD 21297-8026
517387928      +Altran Financial,    PO Box 4043,    Concord, CA 94524-4043
517387939      +Equiant Financial Svcs,    5401 N Pima Rd Suite 150,    Scottsdale, AZ 85250-2630
517387940      +Fayfinancial,    440 S La Salle St Ste 20,    Chicago, IL 60605-1028
517387943      +Kimberly Hardy,    791 Parker Street,    Newark, NJ 07104-2317
517387945      +Kosmas Group,    3626 Quadrangle Blvd. Ste 300,    Orlando, FL 32817-8348
517387946      +Nichole Fung,    641 Bryant Avenue,    Bronx, NY 10474-6513
517387947      +Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
517387948      +North Carolina Federal Credit Union,    PO Box 26807,    Raleigh, NC 27611-6807
517387949      +Orlando Resort Development Group,    3626 Quadrangle Blvd. Ste 300,    Orlando, FL 32817-8348
517387952      +PNC Bank, National Association,    2650 Warrenville Road,    Downers Grove, IL 60515-1748
517387953      +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
517387951      +Pnc Bank,    Attn: Bankruptcy Department,    6750 Miller Road; Mailstop Br-Yb58-01-3,
                 Brecksville, OH 44141-3239
517387964      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517387965      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517387967       Wells Fargo Home Mor,    Written Correspondence Resolutions,    Mac#2302-04e,
                 DesMoines, IA 50306
517387969      +World Omni Financial,    6150 Omni Park Dr,    Mobile, AL 36609-5195
517387970      +World Omni Financial,    Po Box 991817,    Mobile, AL 36691-8817
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2018 00:00:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2018 00:00:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517387927      +EDI: GMACFS.COM Jun 23 2018 03:33:00      Ally Financial,    Po Box 380901,
                 Bloomington, MN 55438-0901
517387929      +EDI: AQUAFINANCE.COM Jun 23 2018 03:34:00      Aqua Finance Inc,    1 Corporate Dr,
                 Wausau, WI 54401-1724
517387930      +EDI: TSYS2.COM Jun 23 2018 03:33:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
517387932      +EDI: CAPITALONE.COM Jun 23 2018 03:33:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517387933      +EDI: CAPITALONE.COM Jun 23 2018 03:33:00      Capital One / Furnit,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517387934      +EDI: CHASE.COM Jun 23 2018 03:33:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
517387935      +EDI: WFNNB.COM Jun 23 2018 03:33:00      Comenity Bank/Mandees,    Comenity Bank,    Po Box 182125,
                 Columbus, OH 43218-2125
517387936      +EDI: WFNNB.COM Jun 23 2018 03:33:00      Comenity Bank/Pier 1,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517387937      +EDI: WFNNB.COM Jun 23 2018 03:33:00      Comenitycapital/bjsclb,    Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
517387938       EDI: RCSDELL.COM Jun 23 2018 03:33:00      Dell Financial Services,    Attn: Bankruptcy,
                 Po Box 81577,    Austin, TX 78708
517387941      +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 23 2018 00:01:31      Fifth Third Bank,
                 Attn: Bankruptch Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
517387942       EDI: IRS.COM Jun 23 2018 03:33:00      Internal Revenue Service,    PO Box 724,
                 Springfield, NJ 07081-0724
517387944      +EDI: CBSKOHLS.COM Jun 23 2018 03:33:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
517387950      +EDI: WFNNB.COM Jun 23 2018 03:33:00      Pier 1/Comenity Bank,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517387954      +EDI: DRIV.COM Jun 23 2018 03:33:00      Santander Consumer USA,    Santander Consumer USA,
                 Po Box 961245,    Fort Worth, TX 76161-0244
517387955      +EDI: DRIV.COM Jun 23 2018 03:33:00      Santander Consumer USA,    Po Box 961245,
                 Ft Worth, TX 76161-0244
517387958      +EDI: RMSC.COM Jun 23 2018 03:33:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517387956      +EDI: RMSC.COM Jun 23 2018 03:33:00      Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
517387957      +EDI: RMSC.COM Jun 23 2018 03:33:00      Syncb/ccdstr,    Po Box 96060,    Orlando, FL 32896-0001
517392041      +EDI: RMSC.COM Jun 23 2018 03:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517387959      +EDI: RMSC.COM Jun 23 2018 03:33:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517387960      +EDI: RMSC.COM Jun 23 2018 03:33:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Jun 22, 2018
                              Form ID: 318             Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517387961        +EDI: RMSC.COM Jun 23 2018 03:33:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                  Po Box 965060,   Orlando, FL 32896-5060
517387962         EDI: TFSR.COM Jun 23 2018 03:33:00      Toyota Motor Credit Co,   Toyota Financial Services,
                  Po Box 8026,   Cedar Rapids, IA 52408
517387966        +EDI: WFFC.COM Jun 23 2018 03:33:00      Wells Fargo Dealer Services,   Attn: Bankruptcy,
                  Po Box 19657,   Irvine, CA 92623-9657
517387968        +EDI: WFFC.COM Jun 23 2018 03:33:00      Wfm/wbm,   Po Box 10335,   Des Moines, IA 50306-0335
                                                                                                 TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517387931          Cap1/bstby
517387963       ##+Transworld System Inc,   2235 Mercury Way,   Ste 275,   Santa Rose, CA 95407-5463
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,   NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Kevin C. Fayette    on behalf of Joint Debtor Glenford  Fung kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Debtor Mildred  Fung kfayette@kevinfayette.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```