Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–15019–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mildred Fung | Glenford Fung |
| 39 Scarborough Way | 39 Scarborough Way |
| Vincetown, NJ 08088–1121 | Vincetown, NJ 08088–1121 |

Social Security No.:
  xxx–xx–4676                         xxx–xx–3420

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 16, 2018</u>          <u>Christine M. Gravelle</u>
                                     Judge, United States Bankruptcy Court